IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DONISHER R. HILL, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO. 1:18-cv-00287-JB-C |
| DON DAVIS, *et al.*, | : | |
| Defendants. | : | |

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** Defendants Judge Davis and David Zimmerman's motions to dismiss, (Docs. 8 & 17), are **GRANTED IN PART** to the extent that this action is dismissed without prejudice for lack of subject matter jurisdiction and **DENIED IN PART** as to their other arguments, and Defendant Judge Davis's motion for Rule 11 sanctions, (Doc. 32), is **GRANTED**.

**DONE** this 28th day of March, 2019.

s/JEFFREY U. BEAVERSTOCK
**UNITED STATES DISTRICT JUDGE**