# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| DONISHER R. HILL, | : | |
| Plaintiff, | : | |
| vs. | : | CA 18-00287-JB-C |
| DON DAVIS and DAVID ZIMMERMAN in their official and personal capacities, | : | |
| Defendants. | : | |

## **ORDER**

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 19, 2019, is **ADOPTED** as the opinion of this Court.

**DONE** this 10th day of September, 2019.

      s/JEFFREY U. BEAVERSTOCK
      **UNITED STATES DISTRICT JUDGE**

1